ORIGINAL

davidthomasinf2

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

SEP 21 2007

**JEANNE G. QUINATA**
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00091 |
| Plaintiff, | **INFORMATION** |
| vs. | **FALSE ALARMS** [9 G.C.A. § 55.20 and 18 U.S.C. §§ 7(3) & (13)] (Count I) **DISORDERLY CONDUCT** [9 G.C.A.§ 61.15(a)(1) and 18 U.S.C. §§ 7(3) & (13)] (Counts II and III) |
| DAVID EUGENE THOMAS, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT I - FALSE ALARMS

On or about April 27, 2007, within the District of Guam, the defendant, DAVID EUGENE THOMAS, at U.S. Naval Hospital Guam located on U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did, with knowledge of its falsity, cause a false emergency to be transmitted to an organization that responds to emergencies involving danger to life and property, to wit, U.S. Navy Explosive Ordinance Disposal Unit Five, namely by stating that he might have a knife, a 9 millimeter, an AK-47, or even a bomb, or words to that effect, in response to a question asking the defendant

whether he had anything in his backpack that may harm someone, in violation of Title 9, Guam Code Annotated, Section 55.20 and Title 18, United States Code, Sections 7(3) and 13.

## COUNT II - DISORDERLY CONDUCT

On or about April 25, 2007, within the District of Guam, the defendant, DAVID EUGENE THOMAS, at Andersen Air Force Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did engage in tumultuous behavior, recklessly creating a risk of public annoyance, and persisted in said disorderly conduct after a reasonable request to desist, namely by asking a spectator at a softball game whether her dogs would attack him if he were to take her baby from her, and by continuing to pursue the spectator and her dogs after she tried to walk away from him, all in violation of Title 9, Guam Code Annotated, Section 61.15(a)(1) and Title 18, United States Code, Sections 7(3) and 13.

## COUNT III - DISORDERLY CONDUCT

On or about April 26, 2007, within the District of Guam, the defendant, DAVID EUGENE THOMAS, at Andersen Air Force Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did engage in tumultuous behavior, recklessly creating a risk of public annoyance, and persisted in said disorderly conduct after a reasonable request to desist, namely by following a customer and his minor child into a bathroom near the Subway restaurant after the customer told the defendant not to touch him in response to the customer being slapped by the defendant on the arm, by stating to the customer in the presence of his minor son in the bathroom "Sorry about touching you. I see how it is, I'm just a nigger. Oh, I'm sorry master for touching you. You cracker. That's right, I'm a nigger and you're a cracker." or words to that effect, and by subsequently telling the customer's wife that her husband should not allow him to talk to her because he could be a serial killer like Ted Bundy or

//
//
//
//

John Wayne Gacy, or words to that effect, all in violation of Title 9, Guam Code Annotated, Section 61.15(a)(1) and Title 18, United States Code, Sections 7(3) and 13.

DATED this 21 day of September, 2007.

                    LEONARDO M. RAPADAS
                    United States Attorney
                    Districts of Guam and NMI

By:     */s/ Ryan M. Anderson*
                    RYAN M. ANDERSON
                    Special Assistant U.S. Attorney

**Criminal Case Cover Sheet**                                **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00091**
Same Defendant __X__      New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No _X_    Matter to be sealed: ____ Yes _x_ No

Defendant Name     __DAVID EUGENE THOMAS__

Alias Name     _____

Address     _____

         __Guam__

Birthdate __Xx/xx/1957__ SS# __xxx-xx-4110__ Sex __M__ Race ____ Nationality ____

**U.S. Attorney Information:**

SAUSA __Ryan Anderson__

Interpreter: _X_ No ___Yes    List language and/or dialect: _____

**RECEIVED SEP 21 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__    ___ Petty _X_ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 9 GCA 55.20<br>18 USC 7(3) & 13 | False Alarms | 1 |
| Set 2 | 9 GCA 61.15(a)(1)<br>18 USC 7(3) & 13 | Disorderly COnduct | 2-3 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __9/21/07__    Signature of AUSA: _[signature]_