# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

| | |
|---|---|
| CASE NO.: CR-07-00091 | DATE: September 24, 2007 |

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Virginia T. Kilgore |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 2:14:49 - 2:39:59 |
| CSO: N. Edrosa | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: David Eugene Thomas | Attorney: John Gorman |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☑ FPD ☐ CJA |
| U.S. Attorney: Ryan Anderson | U.S. Agent: |
| U.S. Probation: Stephen Guilliot | U.S. Marshal: V. Roman |
| Interpreter: | Language: |

**PROCEEDINGS: Initial Appearance, Plea and Sentencing**

- Defendant orally consented to proceed before the U.S. Magistrate Judge and waived his right to trial, judgment and sentencing by the district judge.
- Defendant sentenced to a term of Time Served. Defendant shall be placed on supervised release for a term of One Year. If defendant leaves the jurisdiction of Guam within 7 days after the entry of judgment and does not return within 1 year, no term of supervised release will be imposed (refer to Judgment for conditions of supervised release).
- No fine imposed.
- Defendant was ordered to pay a special assessment fee of $45.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant released.

NOTES: